# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Dublin Police Department
**ORI:** OH0250300
**Location of Incident:** 4001 EMERALD PKWY/SAWMILL RD, Dublin
**Gang Relat:** NO
**Premise Type:** Street
**/GeoProx:** C017
**Case#:** 24-001499
**Date / Time Reported:** 07/12/2024 00:20 Fri
**Last Known Secure:** 07/12/2024 00:20 Fri
**At Found:** 07/12/2024 00:20 Fri

## INCIDENT DATA

**#1 Crime Incident(s)** (Com) *Aggravated Vehicular Assault; Vehicular Assault - 2903.08*
Weapon / Tools: Motor Vehicle
Entry: / Exit: / Security: / Activity: N

**#2 Crime Incident** (Com) *Driving While Under The Influence Of Alcohol/Drugs - 4511.19*
Weapon / Tools: None
Entry: / Exit: / Security: / Activity: N

**#3 Crime Incident** (Com) *Failure To Comply With Order Or Signal Of P.o. - Elude Or F - 2921.331B*
Weapon / Tools: None
Entry: / Exit: / Security: / Activity: N

**MO:**

## VICTIM

# of Victims: 5   Type: INDIVIDUAL/ NOT LAW   Injury: Severe Lacerations

**V1** WELCH, E[redacted]
Victim of Crime #: 1
DOB: 1952  Age: 71
Race: B  Sex: M
Relationship To Offender: 1UU
Resident Status: Other
Military Branch/Status:
Home Address: [redacted] Delaware, OH 43015-

**Vehicle:** VYR 2005  Make CHEV  Model EXPRESS  Style 2T  Color BLK  Lic/Lis [redacted]  VIN [redacted]

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

## OTHERS INVOLVED

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury: Apparent Minor Injury

**V2** LUDIN, T[redacted]
Victim of Crime #: 1
DOB: 1966  Age: 58
Race: W  Sex: M
Relationship To Offender: 1UU
Resident Status: Other
Home Address: [redacted] WORTHINGTON, OH 43085

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury: Apparent Minor Injury

**V3** LUDIN, J[redacted]
Victim of Crime #: 1
DOB: 1993  Age: 30
Race: W  Sex: M
Relationship To Offender: 1UU
Resident Status: Other
Home Address: [redacted] FRANKLIN TWP, OH 43204

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Stolen   6 = Seized   7 = Recovered   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
|  | 22 | EVID | $0.00 |  | 22 | SCENE PHOTOS | SCENE/Photographs |  |
| 1 | 34 | SUSP | 490,000.00 |  | 1 | [redacted] | FERR F8 Spider | [redacted] |
|  | 08 | VVEH | $0.00 |  | 1 |  | CHEV Express |  |
| 2 | 06 | VVEH | $0.00 |  | 1 |  | NISS Rogue |  |

**Officer/ID#:** SINCLAIR, L. A. (4734)
**Invest ID#:** (0)
**Supervisor:** HYSELL, N. M. (4208)

**Status** — Complainant Signature
**Case Status:** Dpd - Open   07/12/2024
**Case Disposition:**
Page 1

R_CS1IBR   ,   Sys#: 99223   07/15/2024 13:39

**Incident Report Additional Offense List**

*Dublin Police Department*

OCA: *24-001499*

Offense List (Continued) — Page 2

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| # 4 | RECKLESS OPERATION | | 4511.20 | Com |

**Incident Report Additional Name List**

*Dublin Police Department* | OCA: *24-001499*

Additional Name List

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| **1)** | VI | 4 | *City Of Dublin* | *2,4* | | | | |
| | Address | | | | **H:** *999-999-9999* | | | |
| | Empl/Addr | | | | **B:** *999-999-9999XXXXX* | | | |
| | | | | | **Mobile #:** *999-999-9999* | | | |
| **2)** | VI | 5 | *STATE OF OHIO* | *3* | *0* | | | |
| | Address | *6565 COMMERCE PKWY , DUBLIN, OH 43017-* | | | **H:** *999-999-9999* | | | |
| | Empl/Addr | | | | **B:** *999-999-9999XXXXX* | | | |
| | | | | | **Mobile #:** *999-999-9999* | | | |

**INCIDENT/INVESTIGATION REPORT**

*Dublin Police Department*

Case # *24-001499*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Stolen | 6 = Seized | 7 = Recovered | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

RIORDAN, J.F. (5679), KINZEL, A.J. (4735), KINZEL, A.J. (4735), SZABO, J.J. (5579), MCCLAIN, B.M. (1390), KIRBY, J.M. (5098)

Suspect Hate / Bias Motivated:

**INCIDENT/INVESTIGATION REPORT**

Narr. (cont.) OCA: 24-001499      *Dublin Police Department*

**N A R R A T I V E**
ON THE LISTED DATE AND TIME THE DUBLIN POLICE ATTEMPTED A TRAFFIC STOP.

## Incident Report Related Vehicle List

Dublin Police Department

OCA: 24-001499

### 1

| Field | Value |
|---|---|
| VehYr/Make/Model | 2022 FERR, F8 Spider |
| Style | CV |
| Color | WHI |
| Lic/Lis | |
| VIN | |
| IBR Status | Suspect Vehicle |
| Date | 07/12/2024 |
| Location | 3950 EMERALD PKWY/SAWMILL RD, DUBLIN OH |
| Condition | |
| Value | $490,000.00 |
| Offense Code | 13A |
| Jurisdiction | Locally |
| State # | |
| NIC # | |
| Name (Last, First, Middle) | Valeo Automotive Llc, |
| Also Known As | |
| Home Address | MISSOULA, MT 59832 |
| Business Address | |
| DOB | / / |
| Age | |
| Race | |
| Sex | |
| Hgt | |
| Wgt | |
| Scars, Marks, Tattoos, or other distinguishing features | |

Notes

### 2

| Field | Value |
|---|---|
| VehYr/Make/Model | 2005 CHEV, Express |
| Style | 2T |
| Color | BLK |
| Lic/Lis | |
| VIN | |
| IBR Status | Victim's Vehicle |
| Date | 07/12/2024 |
| Location | 3950 EMERALD PKWY/SAWMILL RD, DUBLIN OH |
| Condition | |
| Value | $0.00 |
| Offense Code | 13A |
| Jurisdiction | Locally |
| State # | |
| NIC # | |
| Name (Last, First, Middle) | Welch, E |
| Also Known As | |
| Home Address | |
| Business Address | |
| DOB | 952 |
| Age | 71 |
| Race | B |
| Sex | M |
| Hgt | 509 |
| Wgt | 179 |
| Scars, Marks, Tattoos, or other distinguishing features | |

Notes

### 3

| Field | Value |
|---|---|
| VehYr/Make/Model | 2021 NISS, Rogue |
| Style | 4T |
| Color | GRY |
| Lic/Lis | |
| VIN | |
| IBR Status | Victim's Vehicle |
| Date | 07/12/2024 |
| Location | 3950 EMERALD PKWY/SAWMILL RD, DUBLIN OH |
| Condition | |
| Value | $0.00 |
| Offense Code | 13A |
| Jurisdiction | Locally |
| State # | |
| NIC # | |
| Name (Last, First, Middle) | Ludin, T |
| Also Known As | |
| Home Address | |
| Business Address | |
| DOB | 966 |
| Age | 58 |
| Race | W |
| Sex | M |
| Hgt | 602 |
| Wgt | 205 |
| Scars, Marks, Tattoos, or other distinguishing features | |

Notes

## Incident Report Related Property List

*Dublin Police Department*  OCA: *24-001499*

| 1 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | **SCENE PHOTOS** | | | **SCENE** | | **PHOTOGRAPHS** | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | **Multicolored** | | | **$0.00** | **22.000** | | | **Locally** | |
| | Status | Date | NIC # | State # | | Local # | | OAN | |
| | **Evidence** | **07/12/2024** | | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | **\* No name \*** | | | | | | | | |

Notes

**CASE SUPPLEMENTAL REPORT**  Printed: 07/15/2024  13:39

Dublin Police Department                                                                                                OCA: **24001499**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** DPD - OPEN  **Case Mng Status:** NA  **Occurred:**
**Offense:** .F.

**Investigator:** SINCLAIR, L. A. (4734)  **Date / Time:** 07/12/2024 06:04:47, Friday
**Supervisor:** HYSELL, N. M. (4208)  **Supervisor Review Date / Time:** 07/14/2024 03:31:05, Sunday
**Contact:**  **Reference:** Patrol Supplement

Shortly before 0020 hours on 07/12/2024, I was working routine patrol in marked Dublin Police cruiser 19 in the area of Sawmill Road and Hard Road. While driving northbound on Sawmill Road, I was in the leftmost through lane approaching the intersection with Hard Road. As I approached the intersection, the traffic light was a steady red light. On the opposite side of the intersection, I observed a white 2022 Ferrari F8 Spider stopped at the red light facing southbound on Sawmill Road. When the light changed to green, the driver of the Ferrari, who was later identified as Nicholas Price, operated his vehicle in a reckless manner with willful or wanton disregard of the safety of persons or property by intentionally accelerating rapidly, peeling his tires, and burning out from the intersection. Mr. Price did this during a time of high traffic volume in an area that was dark and contained multiple lanes of travel, intersections, and businesses that were still open, and intentionally breaking the traction of a vehicle`s tires while accelerating quickly diminishes the driver`s ability to maintain positive control of the vehicle.

After observing this reckless operation of the motor vehicle, I immediately activated my overhead beacons and conducted a u-turn in the intersection of Sawmill Road and Hard Road with the intention of conducting a traffic stop on the Ferrari. Mr. Price continued driving southbound briefly before turning into the parking lot near Los Guachos Taqueria located at 7370 Sawmill Road, Columbus, Ohio. I followed the Ferrari into the parking lot with my overhead beacons still activated because I believed the driver intended to stop in the parking lot.

Instead, the driver immediately exited back onto Sawmill Road from the parking lot and accelerated northbound on Sawmill Road at an extremely high rate of speed. At that point, I concluded the driver was operating his vehicle in a manner to intentionally elude my efforts to detain him. As such, I deactivated my overhead beacons pursuant to Dublin Police policy because Mr. Price`s actions did not meet the requirements for a pursuit. I turned northbound onto Sawmill Road and was still able to see Mr. Price fleeing the traffic stop at an extremely high rate of speed.

As I watched Mr. Price continue to flee, I observed him crash near the intersection of Sawmill Road and Emerald Parkway. I saw a large cloud of dust and debris rise into the air as Mr. Price`s Ferrari struck another vehicle, spun, and came to rest facing southbound on Sawmill Road after striking a second victim vehicle. I visually estimated Mr. Price`s speed to be in excess of one hundred miles-per-hour at the time of the crash. Given the high probability that the parties involved in the crash had sustained severe injuries, I activated my overhead beacons once more and drove to the intersection of Sawmill Road and Emerald Parkway, where the crash had occurred. I requested that medics and additional units respond to the area to provide assistance.

Upon arrival to the intersection, I observed Mr. Price`s Ferrari sitting near the northwest corner of the intersection with extremely heavy damage all over the vehicle. There was a black 2005 Chevrolet Express panel van in the middle of the intersection with extremely heavy rear end damage. There was also a grey 2021 Nissan Rogue in the northwest corner of the intersection next to Mr. Price`s Ferrari. It appeared Mr. Price struck the Chevrolet as it was traveling northbound on Sawmill Road. His Ferrari then spun multiple times in the intersection and struck the Nissan Rogue that was traveling southbound on Sawmill Road. The Nissan suffered driver`s side damage.

_____  _____
Investigator Signature  Supervisor Signature

Dublin Police Department                                    OCA: **24001499**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** DPD - OPEN          **Case Mng Status:** NA          **Occurred:**

**Offense:** .F.

When I arrived at the crash scene, Mr. Price was still in the driver`s seat of the vehicle, and he had sustained a severe laceration to his face. The skin above his right eye was completely missing in an approximately three to four inch by two inch area. Mr. Price`s skull was visible, and he was bleeding heavily from the laceration. Mr. Price was conscious and somewhat alert, but he was very confused and stated he did not remember what happened.

After checking on the welfare of Mr. Price, I walked over to the black 2005 Chevrolet Express panel van to check on the driver of that vehicle. The Chevrolet had extremely heavy damage to the rear of the vehicle, and the contents of the back storage area were strewn about the roadway. The driver, who was later identified as E___ Welch, was conscious and alert. Mr. Welch stated he could not see, and I observed multiple serious lacerations around his eyes that were bleeding substantially. Mr. Welch had a gash above his left eye, and he had another on his right eyelid. After retrieving Mr. Welch`s cell phone for him from inside the vehicle, I returned to Mr. Price.

By that point, Mr. Price had exited the Ferrari. He was sitting on the sidewalk near his car. Mr. Price asked repeatedly what happened. He maintained that he did not remember. When I explained to Mr. Price that he had fled from my traffic stop attempt, he denied doing so. I then informed Mr. Price that he was under arrest at approximately 0025 hours. I did not secure him in handcuffs, however, as I believed it was more prudent for him to receive medical attention from the responding Washington Township medics.

Once the medics arrived on scene, they began treating Mr. Price and Mr. Welch. Mr. Welch was unable to exit his vehicle and had to be mechanically extracted with the jaws of life machinery. The occupants of the Nissan Rogue, J___ Ludin and T___ Ludin, were treated at the scene of the accident for minor injuries. Mr. Price and Mr. Welch were both transported to Riverside Methodist Hospital for their injuries sustained in the crash. Prior to leaving the scene, I was informed by a Washington Township Medic that Mr. Price`s breath smelled strongly of an alcoholic beverage.

While at the scene of the accident, the Columbus Police and Fire Departments both responded to provide additional assistance. Since the crash occurred within their jurisdiction, the Columbus Police Department took the crash report. The crash is documented in Columbus Police report number 240507823. Ofc. Riordan #118 took twenty-two total scene photographs, which were uploaded to Axon Capture under the incident number.

After leaving the scene to the control of the additional responding units, I drove to Riverside Methodist Hospital to speak with Mr. Price and Mr. Welch further. I first spoke to Mr. Welch. He stated he was driving northbound on Sawmill Road when he was struck. Mr. Welch was uncertain if he was driving or if he was stopped at the traffic light. Mr. Welch also was not certain which lane he was in, but he was confident he was wearing his seatbelt. Mr. Welch stated he did not remember the precise moment of the crash; he only remembered being unable to see afterward due to the blood in his eyes.

As a result of the crash, Mr. Welch`s primary complaints were of pain to his face, neck, and left elbow. Hospital staff stated Mr. Welch did not appear to suffer any serious injuries beyond the facial lacerations. The hospital staff did state Mr. Welch`s facial lacerations needed sutures. I provided Mr. Welch with a copy of my business card that contained both the Dublin Police and Columbus Police report numbers. Due to his injured state, I did not ask Mr. Welch to complete a written witness statement regarding the incident.

_____                          _____
Investigator Signature                              Supervisor Signature

.F.

**CASE SUPPLEMENTAL REPORT**   Printed: 07/15/2024  13:39

*Dublin Police Department*   OCA: **24001499**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *DPD - OPEN*   **Case Mng Status:** *NA*   **Occurred:**
**Offense:** *.F.*

After speaking to Mr. Welch, I spoke to Mr. Price. When I asked what Mr. Price`s injuries were, he complained of pain over his entire body. He stated repeatedly that he was "hurting really bad." Mr. Price asked me what happened, and I explained he was involved in a serious motor vehicle crash. Mr. Price stated he did not remember the crash. I explained again that I attempted to conduct a traffic stop on Mr. Price which he fled from. He again stated he did not remember that.

Throughout our conversation, there was a strong odor of an alcoholic beverage emanating from Mr. Price`s breath. Mr. Price denied consuming any alcohol, however. Hospital staff advised that Mr. Price was going to be admitted for his injuries, the most serious of which was the severe laceration to his forehead above his right eye. The staff also advised that Mr. Price had seemingly avoided serious injury beyond the facial laceration. I also provided Mr. Price with a copy of my business card that contained both the Dublin Police and Columbus Police report numbers. Once again, due to his injured state, I did not ask Mr. Price to complete a written statement documenting his involvement in the incident.

After speaking to both Mr. Price and Mr. Welch and collecting current contact information for both of them, I returned to the Dublin Justice Center. Once there, I wrote two subpoenas regarding this case. The first subpoena to Riverside Methodist Hospital was for Mr. Price`s medical records, to include any documentation of injuries sustained from the crash and the results of any tests administered to Mr. Price to determine the presence or concentration of alcohol, a drug of abuse, a combination of them, a controlled substance, or a metabolite of a controlled substance in his whole blood, blood serum or plasma, breath, or urine. I also wrote a subpoena to Riverside Methodist Hospital for Mr. Welch`s medical records to include any documentation of injuries sustained from the crash. Later that morning, shortly after 0700 hours on 07/12/2024, the subpoenas were signed by the Duty Judge, Judge James Green, and returned to me.

During this incident, I observed a LEADS alert on Mr. Price`s information directing me to contact a Federal Pre-Trial Probation Officer, Dennis McCafferty, to disclose any law enforcement interaction involving Mr. Price. While still on scene of the crash, I left Mr. McCafferty a brief voicemail detailing the incident. Mr. McCafferty called me later that morning on 07/12/2024. I discussed the incident in detail with him. I provided Mr. McCafferty the information for how to request a copy of the incident report via email on 07/13/2024.

I recommend this case remain open and be assigned to myself for compilation of the Grand Jury packet pending the subpoena response from Riverside Methodist Hospital.

Investigator Signature   Supervisor Signature

.F.