Apple Confidential
iCloud Logs
DSID: 21345295915
Period: From 01-January-2020 00:00:00 PST to 18-March-2024 23:59:00 PDT.
Timezone: PST/PDT

| DS ID | Service | Timestamp | Device Type | IP Address |
|---|---|---|---|---|
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 22:03:03.161 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:3384:7398:e5ce:9b07:530:c145 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 15:33:31.673 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 03:22:05.477 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 03:19:36.463 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 01:12:29.439 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 00:59:25.847 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 18 00:54:57.766 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sun Mar 17 21:12:53.608 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:338d:7609:52f:c0ae:7789:d8b7 |
| 21345295915 | Service=FMIP | timestamp="Sun Mar 17 15:42:19.872 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sun Mar 17 15:42:07.492 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 19:31:46.666 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.220 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 19:31:40.266 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.220 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 19:31:18.692 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.192 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 18:58:25.290 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.130 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 18:58:07.307 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.130 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 18:57:29.018 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.130 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 18:57:15.772 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.130 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 18:56:45.755 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.130 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 15:43:51.615 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 15:03:41.432 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:3384:aa9b:304b:9eaa:cb66:1a63 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 03:48:05.681 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 03:31:43.900 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 03:29:29.872 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 16 03:28:24.454 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.152.20 |
| 21345295915 | Service=FMIP | timestamp="Fri Mar 15 14:53:58.668 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Fri Mar 15 14:52:25.227 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Fri Mar 15 11:07:29.009 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:339e:78e:d01:4296:4951:5058 |
| 21345295915 | Service=FMIP | timestamp="Thu Mar 14 06:46:27.643 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Thu Mar 14 06:44:34.011 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Thu Mar 14 06:43:41.304 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Wed Mar 13 14:50:48.133 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:3393:2461:d091:bd79:51ff:d12b |
| 21345295915 | Service=FMIP | timestamp="Wed Mar 13 01:23:20.698 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.195 |
| 21345295915 | Service=FMIP | timestamp="Tue Mar 12 06:30:01.065 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Tue Mar 12 05:43:36.756 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Tue Mar 12 04:57:39.403 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Tue Mar 12 04:47:41.761 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 17:36:35.135 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 15:36:29.709 PDT 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:331a:8d4c:359d:45e4:40e:a3df |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 15:18:19.234 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 14:20:04.742 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 14:15:08.658 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 02:55:48.288 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Mon Mar 11 02:55:36.819 PDT 2024" | Device Type and OS=fmflocatord/7.0 iPhone13,3/21E219-INTER-PARTITION | 172.56.153.168 |
| 21345295915 | Service=FMIP | timestamp="Sat Mar 09 20:49:20.778 PST 2024" | Device Type and OS=Find My/7.0 iPhone13,3/17.4(null)-INTER-PARTITION | 2607:fb90:33ae:4e1a:ccbd:4853:e31d:5d93 |