# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                    Case No. 2:24-CR-69
                                           JUDGE SARGUS, JR.

**NICHOLAS PRICE,**

    **Defendant.**

## ORDER

On September 27, 2024, the Court held a hearing that addressed the Defendant's Motion to Revoke Detention Order. (ECF No. 37.). All parties were represented at the hearing. For the reasons stated on the record, the Court hereby **DENIES** Defendant's Motion. (*Id*.)

    **IT IS SO ORDERED.**

                                                          s/Edmund A. Sargus, Jr.
**Dated: 9/30/2024**                               **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT COURT**